AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## DISTRICT OF ___MASSACHUSETTS___

UNITED STATES OF AMERICA

**v.**

**CRIMINAL COMPLAINT**

**ANGELO BRANDAO**
SSN:  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
DOB:  6/5/1974

CASE NUMBER: 02-              -M

*03-M00054-LPC*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or after __January 10, 2003,__ in ___Plymouth___ County, in the District of ___Massachusetts___ defendant, (Track Statutory Language of Offense)

**Traveled in interstate commerce to avoid prosecution under the laws of the Commonwealth of Massachusetts, to wit, a violation of Massachusetts General Laws, Chapter 269, Section 10, for an offense committed on or about January 10, 2003, in the Commonwealth of Massachusetts.**

in violation of Title __1 8__, United States Code, Section(s)___1073___.

I further state that I am a(n)  __Special Deputy United States Marshal, United States Marshal Service__  and that this complaint is based on the following facts:                    Official Title

    **See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant
**Joseph L. Cummings**
**Special Deputy United States Marshal**
**United States Marshal Service**

Sworn to before me and subscribed in my presence,

___February 26, 2003___
Date

at ___Boston, Massachusetts___
City and State

__HON. LAWRENCE P. COHEN, United States Magistrate Judge__
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT OF JOSEPH L. CUMMINGS

I, Joseph L. Cummings, being duly sworn, do depose and say:

1. I am employed as a Detective with the Brockton Police Department and am currently assigned to the High Intensity Drug Trafficking Area (HIDTA) Fugitive Task Force. I have been employed by the Brockton Police Department since April 1, 1994. I also serve as a Special Deputy United States Marshal.

2. During the course of my employment with the Brockton Police Department, I have received extensive training regarding the location and apprehension of fugitives. I have personally participated in multiple fugitive investigations and have effected numerous arrests pursuant to those investigations.

3. I submit this Affidavit in support of the issuance of a Criminal Complaint and Arrest Warrant for an individual known as ANGELO BRANDAO for unlawful flight to avoid prosecution, in violation of Title 18, United States Code, Section 1073.

4. BRANDAO is known to be a black male, approximately six feet, two inches in height and approximately two hundred forty-five pounds in weight. He is believed to have been born on June 19, 1980 and to have been assigned the Social Security Account number 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.

5. This Affidavit is based upon information about which I have received from other law enforcement personnel and documentary evidence which I have similarly obtained and reviewed. This Affidavit does not contain every detail known to me or to the government, but rather contains those facts that I believe are necessary and sufficient to support a finding of probable cause for the issuance of the Criminal Complaint and Arrest Warrant.

6. On December 6, 1999, BRANDAO was convicted in Plymouth County Superior Court in Brockton, Massachusetts for Armed Assault to Murder, which constitutes a felony under

Massachusetts General Laws, Chapter 265, Section 18(c). Both on and before January 10, 2003,

BRANDAO remained on Probation for that conviction.

7. On January 10, 2003, BRANDAO was arrested by officers of the Brockton,

Massachusetts Police Department for Carrying a Firearm without a License and other related

violations of Massachusetts General Laws, Chapter 265, Section 10. BRANDAO was released

on bail and subsequently failed to appear for arraignment on January 13, 2003.

8. On January 16, 2003, Plymouth County Superior Court Judge Charles Hely issued a

Warrant for the Arrest of BRANDAO for a violation of his conditions of Probation.

9. On February 10, 2003, BRANDAO again failed to appear to answer for charges

stemming from the January 10, 2003 arrest. Brockton District Court Judge David Nagle then

issued a Default Warrant for the Arrest of BRANDAO for the January 10, 2003 offenses (*a copy*

*of the warrant, retrieved from the Massachusetts Courts' Warrant Management System, is*

*attached*).

10. Members of state and local law enforcement have attempted to locate BRANDAO,

without success, in the Commonwealth of Massachusetts. After a diligent investigation by local,

state and federal law enforcement personnel, I believe that BRANDAO is no longer residing in

Massachusetts and that he has taken flight to either Florida or Georgia in the southeastern United

States.

11. Based on the foregoing information currently known to me and based on my training

and experience, I believe there is probable cause to believe that ANGELO BRANDAO has fled

from the Commonwealth of Massachusetts and that his flight was to avoid prosecution for a state

felony, in violation of Title 18, United States Code, Section 1073.

Joseph L. Cummings
Special Deputy United States Marshal
Detective
Brockton, Massachusetts Police Department

Sworn and subscribed before me this _26th_ day of February, 2003.

Hon. Lawrence P. Cohen
United States Magistrate Judge
District of Massachusetts

Commonwealth of Massachusetts - Criminal Justice Information System
Trial Court of Massachusetts - Warrant Management System
Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
the person named herein as contained in the Warrant Management System and
printed via Criminal Justice Information System.
This Warrant Printed as of 14:44 on 02/21/03

Defendant Information:

Name:                                                     SSN: 014784793
  Address: 1001 WARDEN HWY APT 2                   Race: B      Sex: M
                                                   Hair: BLK   Eyes: BRO
       City: BROCKTON            MA 02301          Weight: 245 Height: 5'02"
                                             Complexion: BLK  Marks.
  Date of Birth:             Place of Birth: MA  Date of Naturalization:
  Father:                                Mother:
  Known to Court:                              Nat No: W3XXXXXX
                                              FCT NO. GXXXXXX7506

  License No:                              Misc No:
License State: MA          Obtn No:              SS No:

Warrant Information:                              Docket: XXXXXXXXXX
  Issue Date: 02/18/2003  Court of Issue: 15   - BROCKTON DISTRICT
       Type: D - DEFAULT                                  118595
  Date of Complaint: 01/13/2003
       Offense Date: 01/10/2003  Offense Location: BROCKTON


  ************************************ Charges ************************************
  Count   Offense Code              Description
   1  F    269/10/J        FIREARM, CARRY WITHOUT LICENSE c269 S10
   1  M    269/10/5        FIREARM WITHOUT FID CARD, POSSESS c269 S10
   1  M    269/10/H        FIREARM SERIAL NO., DEFACE c269 S11C
   1  F    269/10/AA       FIREARM, POSSESS LARGE CAPACITY C269 S10(M)


Court Information: FAILED TO APPEAR AFTER RECOG
Assigned for Service To: BRO - BROCKTON PD (COMMUN)
Warrant printed by:      BRO - BROCKTON PD - DETECTIVES
                                             Fine Amount:
Officer Name:                                Bail Amount:
Judge's Name: HALL, DAVID G                  NONE SET
Return Date/Time:                  Recall Date/Time:

        * * * Return of Service on Page 2 * * *