# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.
**ANGELO BRANDAO**
SSN: 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
DOB: 6/19/1980

COPY

**WARRANT FOR ARREST**

03-M00054-LPC

CASE NUMBER: 02-_____

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ANGELO BRANDAO__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    **X** Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Flight from the District of Massachusetts to avoid prosecution in the Commonwealth of Massachusetts for violation of Massachusetts General Laws, Chapter 269, Section 10, for an offense committed on or about January 10, 2003, in the Commonwealth of Massachusetts.

in violation of Title __18__ United States Code, Section(s) __1073__.

Lawrence P. Cohen                               U.S. Magistrate Judge
Name of Issuing Officer                         Title of Issuing Officer

[signature]                                     2/26/03 - Boston, MA
Signature of Issuing Officer                    Date and Location

Bail fixed at $ _____    by _____
                                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ANGELO BRANDAO

ALIAS: Unknown

LAST KNOWN RESIDENCE: 1081 Warren Avenue, Apartment 2 ; Brockton, MA 02301

LAST KNOWN EMPLOYMENT: none known

PLACE OF BIRTH: Commonwealth of Massachusetts

DATE OF BIRTH: 6/19/1980

SOCIAL SECURITY NUMBER: 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

HEIGHT: 6' 2"         WEIGHT: 245 lbs

SEX: Male            RACE: Black

HAIR: Brown          EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: Unknown


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: United States Marshal Service ; District of Massachusetts