UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  NO. 03M-00054 |
| | ) |
| ANGELO BRANDEO | ) |

*FILED IN CLERKS OFFICE 2004 OCT 12 A 11: 25 U.S. DISTRICT COURT DISTRICT OF MASS.*

<u>DISMISSAL OF COMPLAINT</u>

The United States of America, by United States Attorney Michael J. Sullivan, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the complaint issued by this Court charging the defendant with unlawful flight to avoid prosecution, in violation of 18 U.S.C. § 1073. As grounds for the instant dismissal, the undersigned states that the defendant was apprehended by the United States Marshals in Atlanta, Georgia on August 25, 2004 and that he has now been returned to Massachusetts.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
JAMES B. FARMER
Chief, Criminal Division

LEAVE TO FILE GRANTED:

_____
LAWRENCE P. COHEN
CHIEF UNITED STATES MAGISTRATE JUDGE

Dated: